UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD LOUIS ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL BRAZELTON, Warden,<br><br>　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV 13-6135-GW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the magistrate judge's second report and recommendation, and petitioner's objections to the second report and recommendation.  The Court has engaged in a <u>de novo</u> review of those portions of the second report and recommendation to which objections have been made.  The Court accepts the recommendations of the magistrate judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The second report and recommendation is accepted.

　　　　2.　　Judgment shall be entered consistent with this order.

　　　　3.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE