# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BERNARD LOUIS ANDERSON, | ) | No. CV 13-6135-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PAUL BRAZELTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's second report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: February 9, 2015

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE